IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH ("JAY") V. PATERNO, et al., | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| vs. | : | NO. 14-4365 |
| | : | |
| THE PENNSYLVANIA STATE UNIVERSITY, | : | |
|     Defendant | : | |

## O R D E R

**AND NOW,** this   25th   day of February, 2016, upon consideration of the defendant's motion to dismiss (Document #14), the plaintiffs' response thereto (Document #21), and the defendant's reply brief (Document #22), IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that:

1. Counts I and III are DISMISSED with prejudice.

2. Because I decline to exercise supplemental jurisdiction, the remaining state law claims are DISMISSED without prejudice.

3. The Clerk of Court is directed to mark this case CLOSED for all purposes.

                                            BY THE COURT:

                                            /s/ Lawrence F. Stengel
                                            LAWRENCE F. STENGEL, J.